UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL PALMER, | No. C-11-02957 (DMR) |
| Plaintiff(s), | **ORDER RE PLAINTIFF'S MOTION [DOCKET NO. 7]** |
| v. | |
| UNITED STATES OF AMERICA, DEPT OF INTERIOR, | |
| Defendant(s). | |

The court has repeatedly contacted Plaintiff and informed her that her motion of September 1, 2011 is missing several exhibits and that she should file a corrected version. Plaintiff has failed to comply. Therefore, the court hereby ORDERS Plaintiff to file a full and corrected version of said motion no later than September 12, 2011.

IT IS SO ORDERED.

Dated: September 9, 2011

_____
DONNA M. RYU
United States Magistrate Judge