UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CAROL PALMER,<br><br>　　　Plaintiff,<br><br>　v.<br><br>THE UNITED STATES OF AMERICA, DEPARTMENT OF INTERIOR, NATIONAL PARK SERVICE,<br><br>　　　Defendants. | No. CV 11-2957 DMR<br><br>**STIPULATED REQUEST AND ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

　　　Plaintiff and Defendants' Stipulated Request to Continue Initial Case Management Conference is hereby **GRANTED**. The Initial Case Management Conference is continued until November 16, 2011, at 1:30 p.m. All case-management related dates are also continued and shall be recalculated based on the new Case Management Conference date. A joint case management statement shall be filed one week prior to the conference.

Date:   September 12, 2011

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HON. DONNA M. RYU
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER CONTINUING CMC
CV 11-2957 DMR                                                                    1