1  MELINDA HAAG (CABN 132612)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
3  ANN MARIE REDING (SBN 226864)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, CA 94102-3495
       Telephone: 415 436-6813
6      Fax: 415 436-6748
       Email: annie.reding@usdoj.gov
7
   Attorneys for Defendant
8
                           UNITED STATES DISTRICT COURT
9
                          NORTHERN DISTRICT OF CALIFORNIA
10
                               SAN FRANCISCO DIVISION
11

12 | CAROL PALMER | Docket No. C 11-2957 SC
13 |              |
   | Plaintiff,   |
14 |              | **STIPULATION AND [PROPOSED]**
   | v.           | **ORDER OF DISMISSAL WITH**
15 |              | **PREJUDICE**
   | UNITED STATES OF AMERICA, |
16 |              |
   | Defendant.   |

17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE
No. C 11-2957 SC

THE PARTIES IN THE ABOVE-CAPTIONED ACTION HEREBY SUBMIT THE FOLLOWING STIPULATION:

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff CAROLE PALMER ("Plaintiff")[1] and the UNITED STATES OF AMERICA hereby stipulate to dismiss with prejudice the above-captioned action, including all claims that were asserted therein. Each party will bear its own costs and attorneys' fees.

DATED: March 19, 2012

Michael Padway
Plaintiff's Attorney

DATED: ~~March~~ May 9, 2012

Ann Marie Reding
Assistant United States Attorney
Attorney for Defendant

[~~PROPOSED~~] ORDER

The Stipulation of Dismissal with Prejudice is granted and this entire action is dismissed with prejudice.

Dated: 5/10/12

HON. S
United
IT IS SO ORDERED
Judge Samuel Conti

---

[1] The caption incorrectly spells Plaintiff's name. The correct spelling is Carole Palmer.

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE
No. C 11-2957 SC                    2