1  MELINDA HAAG (CABN 132612)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
3  ANN MARIE REDING (SBN 226864)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, CA 94102-3495
       Telephone: 415 436-6813
6      Fax: 415 436-6748
       Email: annie.reding@usdoj.gov
7
   Attorneys for Defendant
8
                     UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                         SAN FRANCISCO DIVISION
11

12 | CAROL PALMER                          | Docket No. C 11-2957 SC
13 |                  Plaintiff,            |
14 | v.                                     | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**
15 | UNITED STATES OF AMERICA,              |
16 |                  Defendant.            |

17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE
No. C 11-2957 SC

THE PARTIES IN THE ABOVE-CAPTIONED ACTION HEREBY SUBMIT THE FOLLOWING STIPULATION:

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff CAROLE PALMER ("Plaintiff")[1] and the UNITED STATES OF AMERICA hereby stipulate to dismiss with prejudice the above-captioned action, including all claims that were asserted therein. Each party will bear its own costs and attorneys' fees.

DATED: March 19, 2012

Michael Padway
Plaintiff's Attorney

DATED: May 9, 2012

Ann Marie Reding
Assistant United States Attorney
Attorney for Defendant

### [PROPOSED] ORDER

The Stipulation of Dismissal with Prejudice is granted and this entire action is dismissed with prejudice.

Dated: 5/10/12

HON. _____
United States District Judge

*IT IS SO ORDERED*
*Judge Samuel Conti*

---

[1] The caption incorrectly spells Plaintiff's name. The correct spelling is Carole Palmer.

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE
No. C 11-2957 SC                                                              2